IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERESA MOKA**　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　No. 4:25-cv-840-DPM

**PULASKI COUNTY SPECIAL SCHOOL**　　　　　　　　**DEFENDANTS**
**DISTRICT and CHARLES MCNULTY,**
Individually and as Superintendent

## ORDER

This is a re-filed version of a recently nonsuited case, *Moka v. Pulaski County Special School District*, No. 4:24-cv-597-KGB (E.D. Ark. 18 August 2025). Chief Judge Baker granted the voluntary dismissal on conditions—including that any re-filed case be assigned directly to her for consideration of various issues. *No. 28 at 5–6*. The Court therefore directs the Clerk to transfer this case to Chief Judge Baker by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

21 August 2025