AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

| | | |
|---|---|---|
| Teresa Moka | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:25-cv-840 |
| Pulaski Co. Special School District  Charles McNulty | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Teresa Moka.

Date:   11/13/2025

/s/Geoffrey D. Kearney
*Attorney's signature*

Geoffrey D. Kearney, Ark. Bar No. 2012304
*Printed name and bar number*
P.O. Box 8276, Pine Bluff, AR 71611

*Address*

GDK@gdkpllc.com
*E-mail address*

(870) 376-3068
*Telephone number*

(833) 525-1896
*FAX number*