IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

**TERESA MOKA**                                                                                               **PLAINTIFF**

v.                                                    Case No. 4:25-cv-840

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                      **DEFENDANTS**
and **CHARLES MCNULTY, INDIVIDUALLY** and
as **SUPERINTENDENT**

## SECOND MOTION TO EXTEND SERVICE PERIOD

Come now the plaintiff, by and through undersigned counsel, and states:

1. This is an action for wrongful termination.

2. A case consisting of the same parties and based on the same termination was filed and subsequently voluntarily dismissed in Case No. 4:24-cv-597.

3. On November 14, service was made upon an individual who represented himself to the process server as the Executive Director of Operations.

4. Though undersigned counsel has reached out to the firm who will likely represent the defendants in this matter to determine whether it intends to dispute that this is proper service, it is still unclear what their position is.

5. Additionally, Defendant McNulty has departed the district, and undersigned counsel is attempting to ascertain his whereabouts.

6. These efforts include seeking a skip trace on McNulty.

7. Undersigned counsel is in need of further time to arrange for service of process or reach an agreement with the defendants regarding service.

8. The plaintiff therefore requests that the service period be extended to January 15, 2026.

9. Due to the manner in which the first case ended, defendants likely anticipated a re-filing.

10. The requested extension is still rather modest.

1

11.     If this request is denied and service is not able to be made timely, the parties will likely seek dismissal with prejudice.

12.     Therefore, for good cause shown, additional time in which to effect service is requested.

WHEREFORE, the plaintiffs request additional time in which to accomplish service of process.

Respectfully submitted,

Geoffrey D. Kearney
Ark. Bar No. 2012304

The Law Office of Geoffrey D. Kearney, PLLC
P.O. Box 8276
Pine Bluff, AR 71611
P: 870-376-3068
E: GDK@gdkpllc.com

Attorney for Plaintiff