# Davis Process Service L.L.C.

501-376-8379

**UNITED STATES DISTRICT COURT**

STATE OF ARKANSAS

COUNTY OF PULASKI

**Case Number:** 4:25-CV-840

**Date Received:** 17-Nov-25

**Attorney:** Geoffrey D. Kearney

**Attorney:**

**Plaintiff:** Teresa Moka

On Monday, November 17, 2025 at 12:03 PM I have duly served this

on Charles McNulty, Individually and as Superintendent by the following manner of service: by delivering a true copy to: Curtis Johnson Executive Director of Operations. Address where party served: 925 E. Dixon Road Little Rock, AR 72206.

Client No:

Fee:

Process server: Tim Sibert

Subscribed and sworn to before me on Wednesday, November 19, 2025

My Commission expires

Joyce Clarke, Notary Public

**EXHIBIT 2**

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

Teresa Moka )
 )
 )
 )
 )
*Plaintiff(s)* )
v. ) Civil Action No. 4:25-cv-840
Pulaski County Special School District; Charles )
McNulty, Individually and as Superintendent )
 )
 )
 )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Charles McNulty, Individually and as Superintendent
925 East Dixon Road
Little Rock, Arkansas 72206

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Geoffrey D. Kearney, P.O. Box 8276, Pine Bluff, AR 71611

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TAMMY H. DOWNS
CLERK OF COURT

Date: 11/14/25        _____
                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-840

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* 11-17-25 12:03pm Curtis Johnson - Executive Director of Operations

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11-18-25

Server's signature

Tim Sibito (?)
Printed name and title

Server's address

Additional information regarding attempted service, etc: