AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:25-cv-840

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Greg Yelencich
was received by me on *(date)* 12-1-25.

☒ I personally served the summons on the individual at *(place)* 36 Rushing Dr Carbondale IL on *(date)* 12-13-25 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12-16-25

*Greg Yelencich*
Server's signature

Greg Yelencich
Printed name and title

801 Newton, Johnston City IL
Server's address

Additional information regarding attempted service, etc: