**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS**

**TERESA MOKA**                                                                                                 **PLAINTIFF**

v.                                                        Case No. 4:25-cv-840

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT**                             **DEFENDANTS**
**and CHARLES MCNULTY, INDIVIDUALLY and**
**as SUPERINTENDENT**

### RESPONSE TO MOTION TO DISMISS

Comes now the plaintiff, by and through undersigned counsel, and states in response to the Defendant's Motion to Dismiss (Doc. 13):

Defendants move for dismissal on the basis that service has not been made upon them.

First, this motion is premature. The Court granted an extension of time in which to effectuate service, and the current deadline is January 15, 2026. Relatedly, with respect to McNulty in his individual capacity, service has been accomplished. *See* Doc. 15.

Second, service was accepted by a school district employee, an Executive Director of Operations, with a title that suggests a great deal of authority. It seems reasonably likely that he provided information to the process server that suggested that he was authorized to accept service on behalf of the district. Notably, while the defendants' brief asserts a lack of "statutory authority", *see* Doc. 14 at 2, it makes no disclaimer of any other grant of authority. Certainly, the facts suggest a grant of actual authority or apparent authority, and that any argument by the district for lack of service is subject to waiver of estoppel due to Johnson's representation (or misrepresentation). Plaintiff Moka requests a hearing so that testimony about the service attempt may be taken.

Defendants' motion should be denied.

                                                                                                Respectfully submitted,

                                              Geoffrey D. Kearney
                                              Ark. Bar No. 2012304

                                              The Law Office of Geoffrey D.
                                              Kearney, PLLC
                                              P.O. Box 8276
                                              Pine Bluff, AR 71611
                                              P: 870-376-3068
                                              E: GDK@gdkpllc.com

                                              Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that I have e-filed the foregoing and that the e-filing system in use in this Court will cause that notice to be furnished to all counsel of record through the CM/ECF system on or about the time of docketing.

                                              /s/Geoffrey D. Kearney