IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TERESA MOKA**                                                                                          **PLAINTIFF**

v.                                      Case No. 4:25-cv-00840 KGB

**PULASKI COUNTY SPECIAL**
**SCHOOL DISTICT,** *et al*.                                                                     **DEFENDANTS**

## ORDER

Before the Court is plaintiff Teresa Moka's third motion to extend service period (Dkt. No. 18). According to Moka, a case with the same parties and based on the same wrongful termination was filed by Moka and voluntarily dismissed (*Id*., ¶ 2). This case was refiled August 19, 2025. Moka maintains that service was made upon an individual who represented himself to the process server to be the Executive Director of Operations for the Pulaski County Special School District ("PCSSD") on November 14, 2025 (*Id*., ¶ 3), but the District has challenged Moka's service as invalid by filing a motion to dismiss (*Id*., ¶ 4). According to the Court's Order granting Moka's second motion to extend service period, the time Moka has to serve defendants expires on January 15, 2026 (Dkt. Nos. 8; 18, ¶ 8). Moka requests until February 16, 2026, to serve summons on the defendants (Dkt. No. 18, ¶ 16).

Defendants PCSSD and Charles McNulty have filed a response to the third motion to extend service period (Dkt. No. 19). Defendants argue that Federal Rule of Civil Procedure 4(m) requires diligence to obtain an extension of time to effectuate service, and Moka has not made that showing (*Id*., at 1). Defendants contend that Moka knows where to locate the superintendent and admits that school board meetings are open to the public and are held the same Tuesday of each month and are typically attended by both Superintendent Jeff Senn and School Board President

Stephen Delaney (*Id*.). Defendants argue that Moka has not demonstrated good cause for her failure to serve the PCSSD and urges the Court not to grant the extension.

Moka filed this motion to extend service period well before the deadline expired to serve defendants. *See* Fed. R. Civ. P. 4(m). Moka has established that she has been unable thus far to serve the PCSSD and represents that she does not want to rely on an open school board meeting because it is close to the deadline and because both the superintendent and school board president could be absent from the meeting. For these reasons, the Court determines that there is good cause and grants Moka's motion to extend service period (Dkt. No. 18). The Court extends the time for Moka to complete service on defendants until February 16, 2026.

It is so ordered this 14th day of January, 2026.

*Kristine G. Baker*
Kristine G. Baker
Chief United States District Court Judge