**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TERESA MOKA**                                                              **PLAINTIFF**

**v.**                          **Case No. 4:25-cv-00840 KGB**

**PULASKI COUNTY SPECIAL**
**SCHOOL DISTICT,** *et al.*                                        **DEFENDANTS**

**<u>ORDER</u>**

Before the Court are the motion to dismiss complaint for insufficient service of process and the amended and substituted motion to dismiss of defendants Pulaski County Special School District ("PCSSD") and Dr. Charles McNulty, individually and as superintendent (Dkt. Nos. 11; 13). Plaintiff Teresa Moka responded to defendants' amended and substituted motion to dismiss (Dkt. No. 16). The Court requires defendants to respond to confirm that they still require a ruling on the amended and substituted motion to dismiss with 14 days of the date of the Order.

Plaintiff Teresa Moka filed her complaint in this matter on August 19, 2025 (Dkt. No. 1). On the same date the Court issued summons (*Id.*). The Court reissued summons on November 14, 2025. On December 8, 2025, defendants filed a motion to dismiss for insufficient service of process (Dkt. No. 11). On December 10, 2025, defendants filed an amended and substituted motion to dismiss for insufficient and defective service (Dkt. No. 13). The Court extended the time for Moka to serve summons on defendants until January 15, 2026 (Dkt. No. 8). Moka responded to the amended and substituted motion to dismiss for insufficient service stating that the Court had extended the time for service on PCSSD and that she had accomplished service on Dr. McNulty (Dkt. No. 16). On December 29, 2025, Moka filed an affidavit of service of complaint on Dr. McNulty indicating a summons and complaint were served on Dr. McNulty on December 15, 2025 (Dkt. No. 15). Dr. McNulty filed an answer to the complaint on December

31, 2025 (Dkt. No. 17).  On January 6, 2026, defendants filed a response in opposition to Moka's third motion to extend time for service of process acknowledging that Dr. McNulty had been served and answered (Dkt. No. 19, at 1).

When the January 15, 2026, deadline for service was approaching, the Court granted Moka's motion and extended the time for service until February 16, 2026 (Dkt. No. 20).  On January 22, 2026, PCSSD filed an answer to the complaint (Dkt. No. 21).  Moka has not filed an affidavit of service of complaint on PCSSD.

The Court orders defendants to notify the Court within 14 days of the date of this Order whether, in the light of defendants' answers to Moka's complaint, they require the Court to rule on their amended and substituted motion to dismiss for insufficient and defective service (Dkt. No. 13).  The Court denies as moot defendants' motion to dismiss for insufficient service of process (Dkt. No. 11).

It is so ordered this 13th day of July, 2026.

_____
Kristine G. Baker
Chief United States District Court Judge

2