**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TERESA MOKA**                                                                       **PLAINTIFF**

**v.**                                **CASE NO. 4:25-cv-00840-KGB**

**PULASKI COUNTY SPECIAL SCHOOL DISTRICT and**
**CHARLES McNULTY, Individually and as Superintendent**          **DEFENDANTS**

**RESPONSE TO ORDER**

Defendants, by their attorneys, Bequette, Billingsley & Kees, P.A., for their Response to this Court's Order dated July 13, 2026 (Dkt. No. 25), state as follows:

1.      The Court directed Defendants to notify the Court within fourteen (14) days whether, in light of Defendants' Answers to Plaintiff's Complaint, they require a ruling on their Amended and Substituted Motion to Dismiss for Insufficient and Defective Service (Dkt. No. 13). This Response is timely filed.

2.      Defendants have confirmed that service of process has been effected upon both Defendants.  Dr. McNulty was served on December 15, 2025 (Dkt. No. 15), and filed his Answer on December 31, 2025 (Dkt. No. 17).  PCSSD filed its Answer on January 22, 2026 (Dkt. No. 21).

3.      Accordingly, Defendants do not require a ruling on the Amended and Substituted Motion to Dismiss for Insufficient and Defective Service (Dkt. No. 13), and Defendants hereby withdraw that Motion.

Respectfully submitted,

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax:    (501) 374-5092
Email: ckees@bbpalaw.com

By:_____**W. Cody Kees**_____
        Jay Bequette, Ark. Bar No. 87012
        W. Cody Kees, Ark. Bar No. 2012118
*Attorneys for Defendants*